WILSON, guardian. *vs.* THE COUNTY OF FANNIN.

A county is not liable in damages for maltreatment of a person committed to jail by the ordinary, preparatory to being sent to the lunatic asylum, under §1864 of the Code, but such person, or his legal representative or guardian, if he was found to be a lunatic and still so remains, must sue personally the jailer and sheriff and those who maltreated him while in jail.   72 *Ga.*, 188.
Judgment affirmed.
February 24, 1885.

JACKSON, Chief Justice.

John B. Falls brought suit against the county of Fannin, alleging, in brief, as follows: Falls was arrested and lodged in jail on a writ of lunacy, preparatory to being sent to the asylum.   It was the duty of the ordinary to provide for his safe keeping, but instead of this being done, he was kept in jail for eighty days during the winter, and the ordinary failed and refused to furnish him with bedding, blankets or other covering, as a result of which his limbs were frosted and frozen so that one of his legs had to be amputated and the toes on his other foot were frozen off.

By amendment, it was alleged that, at the time of the bringing of the suit, the mind of Falls had so improved that he was capable of bringing the suit, but that he had relapsed, and had been sent to the asylum under the proceedings in lunacy above stated, and Wilson, as his guardian, was made a party.

On demurrer, this declaration was dismissed, and plaintiff excepted.]